THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: July 18, 2013



Pamela Pepper
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

**In re:**                                                          Case No.

| | |
|---|---|
| James H Griffin | 08-25870-PP |
| Robert W. Steele | 08-31947-PP |
| Shannon Armstrong | 09-26681-PP |
| Donna Lee England | 09-27199-PP |
| Shelly McKenzie | 09-28490-PP |
| Kyle Jon Isaacson | 09-30688-PP |
| Tina Lorraine Johnson-Williams | 10-20234-PP |
| Robert and Amy Honegger | 10-20234-PP |
| Gwendoline Nutt | 10-20992-PP |
| La Trina M. Mykies | 10-22371-PP |
| Tina Marie Williams | 10-24868-PP |
| Sean Terrell Hoskins | 10-27134-PP |
| Edward and Julie Holbrook | 10-28789-PP |
| Clenton and Shirley Gates | 10-30445-PP |
| Mariano Ponce De Leon | 10-32830-PP |
| Michael B. Henneman | 10-33630-PP |
| Allyn and Tina Schoenfeld | 10-34786-PP |
| Terrance and Jamie Byrd | 10-36473-PP |
| David Ridgeway | 10-38680-PP |
| Lillie Mae Walker | 11-21078-PP |
| Clara M. Locket | 11-21314-PP |
| Kevin and Marie Neassen | 11-22769-PP |
| John and Lorine Goines | 11-22794-PP |
| Amy Elizabeth Berry | 11-22944-PP |

| Name | Case Number |
|---|---|
| Thomas Mark Simic | 11-23232-PP |
| Robert and Elizabeth Hicks | 11-23727-PP |
| Jimmie and Susan Tally | 11-23224-PP |
| Eric and Carmen Toombs | 11-26011-PP |
| Arthur Kennedy | 11-27279-PP |
| Anthony Dwayne Weathers | 11-28379-PP |
| Barbara Ann Marr | 11-29438-PP |
| Thomas and Roseanne Wagar | 11-30745-PP |
| Joseph Oby | 11-31766-PP |
| Katherine Morales | 11-35141-PP |
| Daphne Faith Eiland | 11-35566-PP |
| Richard and Sandra Burrows | 11-37397-PP |
| Lyndell Gilbert | 11-37416-PP |
| Franklin and Joy Robinson | 11-37619-PP |
| John and Susan Conhartoski | 11-38245-PP |
| Coxon et al v Central Mortgage Company | 12-02526-PP |
| Coxon et al v JP Morgan Chase Bank, National Association | 12-02527-PP |
| Coxon et al v Community Trust Credit Union | 12-02554-PP |
| State of Wisconsin v Eiland | 12-02666-PP |
| Juston G. Segura | 12-20460-PP |
| Perri and Mary Giorgi | 12-20633-PP |
| Jeffrey Jarmuskiewicz | 12-21363-PP |
| Cameron Beatty | 12-21444-PP |
| Joel Christian Trotter | 12-21611-PP |
| William and Lisa Hamilton | 12-22152-PP |
| David L. Reynolds | 12-23595-PP |
| Cory Talaska | 12-23597-PP |
| Brant J. Keel | 12-24239-PP |
| Dusan and Mira Vlatkovic | 12-25338-PP |
| Jason and Jeanna Lowman | 12-27895-PP |
| Sharon Bowie | 12-28529-PP |
| Christopher and Dawna Coxon | 12-29692-PP |
| Anthony and Stacy Fuchs | 12-32177-PP |
| Robert Heckel | 12-32550-PP |
| Jewel M. Medek | 12-32897-PP |
| Beverly M. Jenkins | 12-33527-PP |
| Donald M. Burris | 12-33770-PP |
| Sonja Brown | 12-33805-PP |
| Katherine Elizabeth Geray | 12-33844-PP |
| Eric Spates | 12-34210-PP |
| Steven K. Pfohl | 12-34431-PP |
| Kenneth and Carolyn Piefer | 12-35257-PP |
| Arthur and Georgina Mays | 12-35335-PP |
| Felix Dison | 12-35810-PP |
| Alverno and Hazel Devine | 12-34697-PP |
| Tracey R. Warr | 12-36592-PP |

| | |
|---|---|
| Brian D. Woodson | 12-36730-PP |
| Leroy Whitlow | 12-37056-PP |
| Steven Garner | 12-37064-PP |
| Calvin and Anna Stanley | 12-37104-PP |
| Tyrone and Nancy Mays | 12-37108-PP |
| Laura Lynn Ashton | 12-37233-PP |
| Gilbert and Zellia Jackson | 12-37703-PP |
| Whitlow v Wells Fargo Bank, N.A. et al | 13-02064-PP |
| Maree v Landmark Credit Union | 13-02296-PP |
| Jackson, Jr. et al v Nationstar Mortgage, LLC | 13-02351-PP |
| Jackson, Jr. et al v Nationstar Mortgage, LLC | 13-02352-PP |
| Karen D. Hubbard | 13-20064-PP |
| Victoria Maree | 13-20304-PP |
| Paje Restaurant and Lounge, Inc. | 13-21378-PP |
| Audrine Rosemarie Taylor | 13-21383-PP |
| Jose Miguel Boni | 13-21707-PP |
| Bernadette Christine Gonsky | 13-22633-PP |
| Edward J. Prebelski | 13-22867-PP |
| Samuel and Charm Idleburgh | 13-24108-PP |
| Earl and Geralene Holland | 13-24214-PP |
| Michael T. Kaucic | 13-24757-PP |
| Rafael and Rikki Harris | 13-24799-PP |
| Jeffrey Ronald Thompson | 13-25485-PP |
| Stephanie R de Leon | 13-26857-PP |
| Cheryl Meeks | 13-27013-PP |

_____

## ORDER FOR SUBSTITUTION OF COUNSEL
_____

This matter having been brought before the court pursuant to the Motion for Substitution of Counsel by Attorney Paul A. Strouse;

**IT IS HEREBY ORDERED** that Paul A. Strouse of Strouse Law Offices, LLC is the attorney of Record with regard to the Debtors and/or Debtors previously represented by Attorney Jonathan D. Mas in the bankruptcy cases in the above-named cases.

**IT IS FURTHER ORDERED** that the Clerk shall remove Attorney Jonathan D. Mas's name from the PACER CM/ECF online docketing system for the above named cases and substitute Attorney Paul A. Strouse's name in the system as the Attorney of Record with regard to the Debtors and/or Clients previously represented by Jonathan D. Mas.

**IT IS FURTHER ORDERED** that Attorney Jonathan D. Mas is relieved from any and all responsibilities as the Attorney of Record in the bankruptcy of the above-named cases and that this Order is retroactively effective as June 24, 2013.

**IT IS FURTHER ORDERED** that the Debtors and/or Clients representation by Strouse Law Offices, LLC continues unaffected by these proceedings.

#####

<u>Drafted by:</u>
Strouse Law Offices, LLC
413 N. 2nd Street, Suite 150
Milwaukee, WI 53203
Telephone: (414) 390-0820 / Fax: (414) 220-5115
paul@bankruptcyinmilwaukee.com