UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re: SONJA K BROWN § Case No. 12-33805
§
§
Debtors §

CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Mary B. Grossman, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/20/2012.

2) The plan was confirmed on 06/10/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 11/30/2012, 03/13/2013, 06/26/2013.

5) The case was dismissed on 07/25/2013.

6) Number of months from filing or conversion to last payment: 5.

7) Number of months case was pending: 13.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $24,939.39.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | | |
|---|---:|---:|
| Total paid by or on behalf of the debtor | $ 6,600.00 | |
| Less amount refunded to debtor | $ 0.00 | |
| **NET RECEIPTS** | | $ 6,600.00 |

| Expenses of Administration: | | |
|---|---:|---:|
| Attorney's Fees Paid Through the Plan | $ 3,231.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 244.20 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 3,475.20 |
| Attorney fees paid and disclosed by debtor: | $ 269.00 | |

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| STROUSE LAW OFFICES | Lgl | 3,500.00 | 3,500.00 | 3,500.00 | 3,231.00 | 0.00 |
| BANK OF AMERICA, N.A. | Sec | 0.00 | 114,513.74 | 114,513.74 | 0.00 | 0.00 |
| CITY OF MILWAUKEE | Sec | 48,361.76 | 48,361.70 | 48,361.70 | 0.00 | 1,253.85 |
| CITY OF MILWAUKEE | Sec | 8,000.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Sec | 61,165.19 | 53,631.21 | 53,631.21 | 141.14 | 1,174.07 |
| MITCHELL NOVELTY INC | Sec | 0.00 | NA | NA | 0.00 | 0.00 |
| NORTH SHORE BANK | Sec | 0.00 | NA | NA | 0.00 | 0.00 |
| TRI CITY NATIONAL BANK | Sec | 92,042.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Uns | 35,339.29 | 35,339.29 | 35,339.29 | 0.00 | 0.00 |
| WI DEPT OF REVENUE | Pri | 62,377.17 | 44,547.79 | 44,547.79 | 0.00 | 0.00 |
| WI DEPT OF REVENUE | Sec | 0.00 | 19,302.90 | 19,302.90 | 0.00 | 500.45 |
| WI DEPT OF REVENUE | Uns | 0.00 | 4,080.00 | 4,080.00 | 0.00 | 0.00 |
| BEECHWOOD SALES & SVCS | Uns | 7,225.25 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA, NA | Uns | 1,682.00 | 1,545.27 | 1,545.27 | 0.00 | 0.00 |
| CAPITOL HUSTING COMPANY | Uns | 1,080.92 | NA | NA | 0.00 | 0.00 |
| CHOICE ONE COMMUNICATIONS | Uns | 146.49 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 14,528.00 | 12,808.51 | 12,808.51 | 0.00 | 0.00 |
| STATE OF WISCONSIN | Pri | 2,235.85 | 38.15 | 38.15 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| STATE OF WISCONSIN | Sec | 0.00 | 2,132.59 | 2,132.59 | 0.00 | 55.29 |
| ECMC | Uns | 10,178.69 | 13,795.16 | 13,795.16 | 0.00 | 0.00 |
| MILWAUKEE MUNICIPAL COURT | Uns | 1,794.00 | 2,274.00 | 2,274.00 | 0.00 | 0.00 |
| MONCO LAW OFFICES, S.C. | Uns | 300.00 | NA | NA | 0.00 | 0.00 |
| US BANK | Uns | 1,921.93 | 1,921.93 | 1,921.93 | 0.00 | 0.00 |
| VERIZON WIRELESS | Uns | 717.80 | NA | NA | 0.00 | 0.00 |
| WE ENERGIES | Uns | 22,090.14 | 1,683.48 | 1,683.48 | 0.00 | 0.00 |
| LAZY DAYS CAMPGROUND INC. | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| RALPH FLEEGE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| STEVE AND TERRY TISCHER | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| EARTHLINK FDBA ONE | Uns | 0.00 | 501.17 | 501.17 | 0.00 | 0.00 |
| CITY OF MILWAUKEE | Uns | 0.00 | 3,790.18 | 3,790.18 | 0.00 | 0.00 |
| WISCONSIN BELL, INC | Uns | 0.00 | 115.71 | 115.71 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 114,513.74 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 123,428.40 | $ 141.14 | $ 2,983.66 |
| **TOTAL SECURED:** | $ 237,942.14 | $ 141.14 | $ 2,983.66 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 44,585.94 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 44,585.94 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 77,854.70 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 3,475.20 |
| Disbursements to Creditors | $ 3,124.80 |
| **TOTAL DISBURSEMENTS:** | $ 6,600.00 |

UST Form 101-13-FR-S (9/1/2009)

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 10/23/2013            By: /s/ Mary B. Grossman
                                 Trustee

**STATEMENT:**   This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**